AMERICAN HOME DEVELOPERS, INC. *v.* IVAN SACHS

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Todd R. Bainer,* in support of the petition.

*Thomas E. Katon,* in opposition.

Decided July 17, 1991

BAYSTATE MOVING SYSTEMS, INC. *v.* PETER C. BOWMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 531, is denied.

*William F. Gallagher,* in support of the petition.

*Lorinda S. Coon,* in opposition.

Decided July 23, 1991

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK *v.* MARTIN TRUST

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 28, is granted, limited to the following issue:

"Does the order of the trial court that the defendant bring into Connecticut certain securities and turn them over to a certain Connecticut deputy sheriff in order to effectuate an attachment simultaneously ordered by the court constitute a prejudgment remedy as defined by Connecticut General Statutes § 52-278a (d) and, therefore, an appealable order pursuant to Connecticut General Statutes § 52-278*l*?"

*Chester J. Bukowski,* in support of the petition.

*Ann M. Siczewicz,* in opposition.

Decided July 23, 1991